AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   8:26MJ136 |
| | ) | |
| | ) | |
| HUGO LEPE-MORA, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2026__ in the county of __Douglas__ in the __ District of __Nebraska__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
#8389 D.O.
*Complainant's signature*

Anthony Gayden, Dep. Officer, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:   __4/6/2026__

_____
*Judge's signature*

City and state:        Omaha, Nebraska

Ryan C. Carson, United States Magistrate Judge
*Printed name and title*

STATE OF NEBRASKA             )
                                   )     AFFIDAVIT OF Anthony P. Gayden

COUNTY OF DOUGLAS        )

Anthony P Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. **Hugo LEPE-Mora**, (hereafter referred to as Defendant) came to the attention of the ICE ERO Omaha Fugitive Operations team on 04/01/2026. Deportation Officers Anthony Gayden, your Affiant, and Andrew Gill observed a White 2012 Chevrolet Silverado truck, with Nebraska license plate AHT959, depart the Quik Trip located at 3201 L Street in Omaha, NE at approximately 8:00 a.m. The vehicle registration came back to the Defendant. Biographic checks revealed that Defendant has multiple prior voluntary returns to Mexico by the Border Patrol and an expedited removal order. No record of legal immigration status was found.

5. Officers followed the truck to the intersection of Old Maple Road and North 105th Street in Omaha and performed a vehicle stop. During the vehicle stop, all officers identified themselves and a full field interview was conducted with the driver and passenger. The driver was identified as the Defendant, **LEPE-Mora**. The passenger was also identified and is herein after referred to as "Passenger". Both subjects indicated that they are citizens and natives of Mexico present in the US without admission, inspection, or parole.

6. Officers placed both the Defendant, **LEPE-Mora,** and the Passenger under arrest and transported them to the Omaha ICE ERO office for processing. At the office, biometric checks of Defendant's fingerprints confirmed his prior immigration history.

7. Defendant's, **LEPE-Mora's,** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system

1

compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

8. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 201 720 689) relating to this Defendant, **LEPE-Mora.**

9. The Defendant's, **LEPE-Mora's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on 05/18/2019, pursuant to an expedited removal order on 01/19/2019 in McAllen, TX.

10. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **LEPE-Mora.**

11. Affiant believes there is probable cause that Defendant, **LEPE-Mora**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date: April 6, 2026

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge

2